IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BARRETT KNOX GREEN III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv964-MHT |
| | ) | (WO) |
| SWIFT TRANSPORTATION, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

(3) Plaintiff's motion to proceed in forma pauperis (doc. no. 3) is granted.

(4) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of December, 2018.

                                      /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE